EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Manuel E. Rivera Lamoutte | 2005 TSPR 164 166 DPR \_\_\_\_ |

Número del Caso: TS-5028

Fecha: 4 de noviembre de 2005

Oficina del Procurador General:

Lcda. Noemí Rivera de León
Procuradora General Auxiliar

Materia: Inactivación voluntaria de la profesión, por razones de salud

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Manuel E. Rivera Lamoutte

                    TS-5028


RESOLUCIÓN

San Juan, Puerto Rico, a 4 de noviembre de 2005.

Conforme a lo expresado en el Informe presentado por el Procurador General y lo solicitado por la Sra. Carmen Carrón, tutora del Lcdo. Manuel E. Rivera Lamoutte, a través de su representación legal, se autoriza por razones de salud, la inactivación voluntaria de la profesión del licenciado Rivera Lamoutte.

Lo pronunció y manda el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


Dimarie Alicea Lozada
Secretaria del Tribunal Supremo
Interina